UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| OOS INVESTMENTS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:14CV309 RWS |
| ) | |
| MEDIA GLOW DIGITAL, LLC, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This recently removed case is before me on defendant's motion to dismiss for lack of personal jurisdiction. Although plaintiff's complaint pleads that "the lease agreement was negotiated and entered into in St. Louis County, Missouri and Media Glow tendered partial payment to OOS pursuant to the lease assignment in St. Louis County, Missouri,"[1] defendant contends that it has had **no contact whatsoever** with Missouri in conjunction with the lease agreement or the events giving rise to this lawsuit. Both of these statements cannot be true, which means that one party and its attorney have apparently misrepresented facts to this Court. The Court expects attorneys to abide by all ethical obligations, which includes the duty of candor before the tribunal. Therefore, I expect this issue to be sorted out in short order by the attorneys, or the Court will be forced to take further action.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall either file its opposition to the motion to dismiss (which shall address the issue identified above) or a motion for dismissal by no later than

---

[1]This was not pleaded "upon information and belief."

**March 10, 2014.**  Defendant may file any reply brief in support of its motion (which shall also address the issue identified above) by **March 17, 2014.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 28th day of February, 2014.