UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| OOS INVESTMENTS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:14CV309 RWS |
| ) | |
| MEDIA GLOW DIGITAL, LLC, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before me on plaintiff's motion for an extension of time to file an opposition to defendant's motion to dismiss. Under my Memorandum and Order entered February 28, 2014, plaintiff was granted until Monday, March 10, 2014 to file its opposition. Plaintiff requests an additional week, up to and including March 17, 2014 to file its opposition. The motion will be granted, and defendant will also be granted an extension of time to file any reply brief in support of its motion.[1]

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for an extension of time [Doc. # 12] is granted, and plaintiff shall either file its opposition to the motion to dismiss or a motion for

---

[1]Counsel for defendant called my chambers to indicate that defendant opposed the extension of time. However, as the motion was made before the time for compliance has expired, no notice to – and certainly no consent of – the defendant is required before the Court may rule on the motion. Fed. R. Civ. P. 6(b)(1)(A). Therefore, I suggest defendant save the time and expense of filing objections to routine motions for extensions of time. The Court frowns upon the needless waste of judicial resources occasioned by frivolous filings and will sanction any party who thwarts the mandates of Fed. R. Civ. P. 1, which is "to secure the just, speedy, and inexpensive determination of every action and proceeding."

dismissal by no later than **March 17, 2014.** Defendant may file any reply brief in support of its motion by **March 24, 2014.**

／s／ Rodney W. Sippel
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 7th day of March, 2014.